# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES M. LALA,

       Petitioner,

vs.                                          Civil No. 14-cv-657-DRH-CJP

THOMAS B. SMITH,

       Respondent.

### MEMORANDUM and ORDER

**HERNDON, District Judge:**

Petitioner Charles M. LaLa was an inmate in the BOP at the time he filed his petition for habeas relief pursuant to 28 U.S.C. §2241. According to the website of the BOP, petitioner was released from BOP custody in December 2016. See, https://www.bop.gov/inmateloc/, visited on April 26, 2017.

Petitioner has not notified the Court of release from the BOP or of his new address.

In its order on preliminary review, the Court warned petitioner of the consequences of failure to keep the Court informed of his whereabouts:

> Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and the opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. See FED. R. CIV. P. 41(b).

Doc. 5, pp. 2-3.

In addition, a recent Notice of Impending Dismissal, Doc. 33, imparted the

1

same warning. The Notice ordered petitioner to notify the Court of his current address by April 24, 2017, or face dismissal of this action.

Clearly, petitioner has not kept the Court informed of his whereabouts and has failed to follow the Court's order.

This Court gave petitioner the "warning shot" required by *Ball v. City of Chicago*, 2 F.3d 752, 755 (7th Cir. 1993) in Docs. 5 & 33. Petitioner has failed to diligently pursue this case. Pursuant to *Johnson v. Chicago Board of Education*, 718 F. 3d 731 (7th Cir. 2013), the Court has considered whether a sanction short of dismissal of this case might be fruitful, and finds that it would not.

## Conclusion

This cause of action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATE: May 1, 2017

Judge Herndon
2017.05.01
15:47:29 -05'00'

United States District Court